# EXHIBIT A

| Subject Design | Infringing Garments Exemplar |
|---|---|
| 400434D | Shewin Sku# LC25612507-P10320 |



| Detail | Detail |
|---|---|

| Subject Design | Infringing Garments Exemplar |
|---|---|
| 600536F | Shewin Sku#LC25127640-P1520 |
| Detail | Detail |



| Subject Design | Infringing Garments Exemplar |
|---|---|
| 600536F | Shewin Sku#LC25127640-P920 |



| Detail | Detail |

| Subject Design | Infringing Garments Exemplar |
|---|---|
| 600694F | Shewin Sku# LC25130010-P220 |



Detail — Detail

| Subject Design | Infringing Garments Exemplar |
|---|---|
| 600701F | Shewin Sku# LC25126748-P922 |



| Detail | Detail |
|---|---|

| Subject Design | Infringing Garments Exemplar |
|---|---|
| 100112A | Shewin Sku# PL255429-P1620 |

